JOHN F. BARG (SBN 60230; jfb@bcltlaw.com)
R. MORGAN GILHULY (SBN 133659; rmg@bcltlaw.com)
DONALD E. SOBELMAN (SBN 184028; des@bcltlaw.com)
ESTIE M. KUS (SBN 239523; emk@bcltlaw.com)
BARG COFFIN LEWIS & TRAPP, LLP
350 California Street, 22nd Floor
San Francisco, California 94104-1435
Telephone: (415) 228-5400
Fax: (415) 228-5450

Attorneys for Defendants and Counterclaimants
BNSF RAILWAY COMPANY, sued herein as BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION, and UNION PACIFIC RAILROAD COMPANY

**FILED**

AUG 9 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, corporate and politic,<br><br>Plaintiff,<br><br>v.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION PACIFIC RAILROAD COMPANY; and DOES 1 through 100,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. 2:10-CV-00634-JAM-JFM<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS PENDING APPEAL IN RELATED CASE<br><br>Date:     August 4, 2010<br>Time:     9:30 a.m.<br>Location: Courtroom 6<br>Judge:    Hon. John A. Mendez |

Pursuant to Local Rule 230 and this Court's inherent power to control disposition of the cases on its docket under *Landis v. North American Co.*, 299 U.S. 248 (1936), Defendants BNSF RAILWAY COMPANY and UNION PACIFIC RAILROAD COMPANY ("the Railroads") have moved for an order granting their motion for stay of all proceedings in the above-entitled action pending disposition of their appeals, and plaintiff The Redevelopment Agency of the City of Stockton's ("Agency") cross-appeal, in a directly related but separate action in this district, *The Redevelopment Agency of the City of Stockton v. Burlington Northern and Santa Fe Railway Corporation, et al.*, 2:05-CV-02087-JAM-JFM ("2005 Action"). The Railroads' appeals and the

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS
PENDING APPEAL IN RELATED CASE
U.S.D.C – E.D. Cal., Case No. 2:10-CV-00634-JAM-JFM

743637

1  Agency's cross-appeal in the 2005 Action are currently pending before the Court of Appeals for
2  the Ninth Circuit (Case Nos. 09-16585, 09-16739 and 09-17640).
3      The Court, having fully considered the papers filed by the parties and the arguments of
4  counsel, and good cause appearing, hereby orders that:
5      1.    The Railroads' motion is GRANTED.
6      2.    All further proceedings in this action are stayed [*until June 30, 2011 or final*] disposition of the
7  Railroads' appeals and the Agency's cross-appeal in the 2005 Action, *whichever occurs first*.
8      3.    Within thirty (30) days of [*June 30, 2011 or*] receiving notice that the Court of Appeals has fully and
9  finally disposed of the appeals and cross-appeal in the 2005 Action, the parties shall file with this
10 Court a joint statement setting forth the parties' positions regarding the impact of the
11 Court of Appeals' decision on further proceedings in this Action [*or the need for a further stay*].
12 IT IS SO ORDERED.

Dated: August 9, 2010

                                 HON. JOHN A. MENDEZ
                                 United States District Judge

BARG COFFIN LEWIS & TRAPP ATTORNEYS LLP

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR STAY OF PROCEEDINGS     2
PENDING APPEAL IN RELATED CASE
U.S.D.C – E.D. Cal., Case No. 2:10-CV-00634-JAM-JFM

743637