BROWN & WINTERS
WILLIAM D. BROWN, ESQ., (SBN 125468)
wbrown@brownandwinters.com
SCOTT E. PATTERSON, ESQ., (SBN 174979)
spatterson@brownandwinters.com
CHRISTINE J. GRACCO, ESQ. (SBN 213980)
cgracco@brownandwinters.com
120 Birmingham Drive, Suite 110
Cardiff-by-the-Sea, CA 92007
Telephone: (760) 633-4485
Facsimile: (760) 633-4427

Attorneys for Plaintiff and Counterclaim
Defendant, THE REDEVELOPMENT
AGENCY OF THE CITY OF STOCKTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a Public Body, Corporate and Politic,<br><br>　　Plaintiff,<br><br>vs.<br><br>BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION, UNION PACIFIC RAILROAD COMPANY, and DOES 1 through 100, inclusive,<br><br>　　Defendants.<br>_____<br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　Counterclaimant,<br><br>vs.<br><br>THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON,<br><br>　　Counterclaim Defendant. | No. 2:10-CV-00634-JAM-JFM<br><br>**JOINT STATUS STATEMENT, REQUEST FOR FURTHER STAY AND ORDER STAYING PROCEEDINGS**<br><br>Judge:　　Hon. John A. Mendez<br>Courtroom:　6 |

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Plaintiff Redevelopment Agency of the City of Stockton ("Agency") and defendants
2 Union Pacific Railroad Company and BNSF Railroad Company (collectively "Railroads")
3 file this joint statement pursuant to the Court's Order of August 9, 2010.

4  This matter is related to a separate action in the United States District Court, Eastern
5 District of California, The Redevelopment Agency of the City of Stockton v. Burlington
6 Northern and Santa Fe Railway Corporation, et al., 2:05-CV-02087-JAM-JFM.  Oral
7 argument on the defendants' appeal and the plaintiff's cross-appeal was heard by the Court
8 of Appeals for the Ninth Circuit (Case Nos. 09-16585, 09-16739 and 09-17640) on February
9 14, 2011.

10  This Court's August 9, 2010 Order stayed this action until June 30, 2011 or final
11 disposition of the appeals process, whichever occurs first.  Briefing and oral argument on the
12 appeal and cross-appeal have been completed and the parties now await the Ninth Circuit's
13 opinion.  The parties hereby request an additional stay of at least sixty (60) days from June
14 30, 2011.

Dated: June 10, 2011            BROWN & WINTERS

                    By:      /s/ Christine J. Gracco
                         WILLIAM D. BROWN
                         SCOTT E. PATTERSON
                         CHRISTINE J. GRACCO
                         Attorneys for Plaintiff and
                         Counterclaim Defendant, THE
                         REDEVELOPMENT AGENCY OF THE
                         CITY OF STOCKTON

Dated: June 10, 2011            BARG COFFIN LEWIS & TRAPP LLP

                    By:      /s/ R. Morgan Gilhuly
                         JOHN F. BARG
                         R. MORGAN GILHULY
                         DONALD E. SOBELMAN
                         Attorneys for Defendants and Counterclaimants
                         BNSF RAILWAY COMPANY, sued herein as
                         BURLINGTON NORTHERN AND SANTA
                         FE RAILWAY CORPORATION, and
                         UNION PACIFIC RAILROAD COMPANY

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

The Court, having fully considered the Joint Status Statement, hereby orders that:

1. All further proceedings in this action are stayed until September 2, 2011, or final disposition of the Railroads' appeal and the Agency's cross-appeal in the 2005 Action, whichever occurs first.

2. Within thirty (30) days of September 2, 2011, or receiving notice that the Court of Appeals has fully and finally disposed of the appeal and cross-appeal in the 2005 Action, the parties shall file with the Court a joint statement setting forth the parties' positions regarding the impact of the Court of Appeals' decision on further proceedings in this Action or the need for further stay.

**IT IS SO ORDERED.**

Dated:  6/13/2011                         /s/ John A. Mendez
                                          **HON. JOHN A. MENDEZ**
                                          United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com