1  JOHN F. BARG (SBN 60230; jfb@bcltlaw.com)
   R. MORGAN GILHULY (SBN 133659; rmg@bcltlaw.com)
2  DONALD E. SOBELMAN (SBN 184028; des@bcltlaw.com)
   ESTIE M. KUS (SBN 239523; emk@bcltlaw.com)
3  BARG COFFIN LEWIS & TRAPP, LLP
   350 California Street, 22nd Floor
4  San Francisco, California 94104-1435
   Telephone:  (415) 228-5400
5  Fax:        (415) 228-5450

6  Attorneys for Defendants and Counterclaimants
   BNSF RAILWAY COMPANY, sued herein as BURLINGTON
7  NORTHERN AND SANTA FE RAILWAY CORPORATION,
   and UNION PACIFIC RAILROAD COMPANY

8

9               UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12 THE REDEVELOPMENT AGENCY OF THE CITY OF STOCKTON, a public body, 13 corporate and politic, | Case No. 2:10-CV-00634-JAM-JFM **ORDER RE: DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT** |
| 14        Plaintiff, | |
| 15     v. | |
| 16 BURLINGTON NORTHERN AND SANTA FE RAILWAY CORPORATION; UNION 17 PACIFIC RAILROAD COMPANY; and DOES 1 through 100, | Date:     December 7, 2011 Time:     9:30 a.m. Location:  Courtroom 6 Judge:     Hon. John A. Mendez |
| 18        Defendants. 19 | |
| 20 AND RELATED COUNTERCLAIMS 21 | |

22         The motion for summary judgment of Defendants BNSF RAILWAY COMPANY and

23  UNION PACIFIC RAILROAD COMPANY ("the Railroads") came on regularly for hearing on

24  December 7, 2011 at 9:30 a.m. in Courtroom 6 of the United States District Court for the Eastern

25  District of California, Sacramento Division, before the Honorable John A. Mendez.  Plaintiff was

26  represented by the law firm of Brown & Winters.  Defendants were represented by the law firm

27  of Barg Coffin Lewis & Trapp, LLP.

28         Having considered the moving, opposition, and reply papers, the admissible evidence, and

---

**[PROPOSED] ORDER RE: DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
U.S.D.C. – E.D. Cal. Case No. 2:10-CV-00634-JAM-JFM

896212

PDF created with pdfFactory trial version www.pdffactory.com

the arguments of counsel, the Court finds, based on the undisputed material facts, that the Railroads are entitled to summary judgment.  The decision of the Ninth Circuit Court of Appeals in *Redevelopment Agency of the City of Stockton v. BNSF Ry. Co.*, 643 F.3d 668 (9th Cir. 2011), and this Court's judgment following remand in that case (No. 2:05-CV-02087-DFL-JFM) are dispositive of all claims for relief asserted by plaintiff in the instant action.  Moreover, the doctrine of collateral estoppel applies to preclude plaintiff from re-litigating the issues decided in that prior decision and judgment.

ACCORDINGLY, IT IS HEREBY ORDERED that the Railroads' motion for summary judgment is GRANTED.

DATED:  12/7/2011           /s/ John A. Mendez
                            HON. JOHN A. MENDEZ
                            United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com